UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TECHNOLOGY HOLDINGS WORLDWIDE, INC.,
                Plaintiff,
   -against-

LUMARI CAPITAL, LLC,
                Defendant.

25-CV-07717 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       On September 17, 2025, plaintiff TECHNOLOGY HOLDINGS WORLDWIDE, INC. filed this action against Defendant LUMARI CAPITAL, LLC. (ECF 1.) On the same day, Plaintiff requested the issuance of a summons. (ECF 4.) On September 18, 2025, an electric summons was issued. (ECF 5.) On October 15, 2025, Plaintiff requested the issuance of an amended summons. (ECF 13.) On October 16, 2025, an electronic amended summons was issued. (ECF 14.) On November 12, 2025, the case was referred to me by the Honorable Jeannette A. Vargas for general pre-trial supervision. (ECF 16.) As of the date of this order, no proof of service of the amended summons and complaint has been filed on the docket.

       Plaintiff's counsel is ORDERED to either (1) file a Certificate of Service on the docket by **November 17, 2025**, or (2) if service has not yet been effected, serve the Amended Summons and Complaint on Defendant at the address listed on the Summons for Defendant (*See* ECF 9) by **November 21, 2025**, and file proof of service on the docket on the same day. Defendant's response to the Complaint shall be due the later of **21 days after service** upon defendant or **December 10, 2025**.

DATED:  November 13, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge