UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Technology Holdings Worldwide, Inc., <br><br> Plaintiff, <br><br> -against- <br> Lumari Capital, LLC, <br><br> Defendant. | 25-CV-07717 (JAV) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The settlement conference scheduled for January 12, 2026 will now be held on **Wednesday, February 18, 2026 at 10:00 AM EST** by video conference. The Courtroom Deputy will send the conference details to counsel.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **February 11, 2026**, **at 5:00 PM EST**. Corporate parties must send the person with decision-making authority to settle the matter to the conference.

Defendant shall file their answer on the docket by **Feb 25, 2026**.

DATED:  January 6, 2026
      New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge