UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TECHNOLOGY HOLDINGS WORLDWIDE, INC.,
                                    Plaintiff,
        -against-

LUMARI CAPITAL, LLC,
                                    Defendant.

25-CV-07717 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff is ordered to file a letter on the docket by **February 9, 2026** explaining its basis

for filing an amended complaint at this time without making a motion to file an amended

complaint and attaching a redline showing the differences between the original complaint and

the proposed amended complaint.

DATED:  February 4, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge